**91–1647.** Novak Ins., Inc. v. Cleveland Hts. *Cuyahoga County,* No. 61678. On motion to dismiss. Motion to dismiss overruled.

HOLMES and WRIGHT, JJ., state the motion is mooted by the motion to withdraw.

RESNICK, J., dissents.

**91–1652.** Cincinnati v. Pub. Util. Comm. Public Utilities Commission, No. 91–377–EL–CSS. On motions for leave to intervene of Cincinnati Gas and Electric Co. and Dayton Power and Light Co. Motions granted.

**91–1656.** State v. Stankorb. *Clermont County,* No. CA90–03–027. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., HOLMES, and H. BROWN, JJ., dissent.

**91–1676.** Harris v. Cleveland. *Cuyahoga County,* No. 58766. On motion for leave to file *amicus* of Ohio Municipal League et al. Motion granted.

**91–1697.** Taylor v. I & H Conveyor & Machine Co. *Sandusky County,* No. S–90–10. On motion for leave to file memorandum in support instanter. Motion granted.

MOYER, C.J., dissents.

WRIGHT, J., dissents and would dismiss the cause.

**91–1703.** Bush v. Baldwin. *Marion County,* No. 9–89–62. On motion for leave to file notice of appeal instanter. Motion granted.

WRIGHT and H. BROWN, JJ., dissent.

On motion to dismiss. Motion to dismiss overruled.

WRIGHT and H. BROWN, JJ., dissent.

**91–1705.** Kirkland v. Cuyahoga Cty. Bd. of Commrs. *Cuyahoga County,* No. 60952. On motion for leave to file notice of appeal instanter. Motion granted.

WRIGHT, J., dissents.

**91–1709.** Barrett Paving Materials, Inc. v. Bd. of Zoning Appeals of Union Twp. *Clermont County,* No. CA90–07–066. On motion for leave to file *amicus* of Cincinnati Nature Center et al. Motion granted.

**91–1721.** Columbus & Franklin Cty. Metropolitan Park Dist. v. Shank. *Franklin County,* Nos. 90AP–516, 90AP–517, 90AP–518, 90AP–519, 90AP–520 and 90AP–521. On motion for leave to file *amicus* of Ohio Township Association. Motion granted.